| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HULL, FRANK M. | 2. Court or Organization<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report<br><br>05/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | (architect's salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. Real Estate: Augusta, GA Property (18% interest) | | None | | | Sold | 9/7/12 | L | | |
| 6. MERRILL LYNCH-IRA ACCT (with following stocks) (H): | | | | | | | | | |
| 7. -FIA Card Services (Money Account) | B | Int./Div. | M | U | | | | | |
| 8. -Affiliated Managers Grp | | None | | | Sold | 08/07/12 | J | C | |
| 9. -Allergan | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 10. -Anadarko Pete Corp | A | Int./Div. | | | Sold | 08/07/12 | J | | |
| 11. -Avago Technologies | | | | | Buy | 01/24/12 | J | | |
| 12. | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 13. -Biogen | | None | | | Sold | 08/07/12 | J | B | |
| 14. -Borg Warner | | None | | | Sold | 08/07/12 | J | A | |
| 15. -Caterpillar | | | | | Buy | 07/03/12 | J | | |
| 16. | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 17. -Celgene Corp | | None | | | Sold | 07/03/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -China Pete Chem | A | Int./Div. | | | Sold | 03/05/12 | J | C | |
| 19. -Costco Wholesale Crp | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 20. -Covidien Plc | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 21. -Devon Energy Corp | A | Int./Div. | | | Sold | 08/07/12 | J | | |
| 22. -Digital Rlty Tr Inc | A | Int./Div. | | | Sold | 08/07/12 | J | D | |
| 23. -Discovery Communications | | None | | | Sold | 08/07/12 | K | D | |
| 24. -Dover Corp | A | Int./Div. | | | Sold | 07/03/12 | J | | |
| 25. -EMC Corp | | | | | Buy | 07/03/12 | J | | |
| 26. | | None | | | Sold | 08/07/12 | J | A | |
| 27. -Express Scripts | | | | | Buy | 01/24/12 | J | | |
| 28. | | None | | | Sold | 08/07/12 | J | A | |
| 29. -First Solar Inc | | None | | | Sold | 01/24/12 | J | | |
| 30. -Google Inc | | None | | | Sold | 08/07/12 | J | B | |
| 31. -Hess Corp | A | Int./Div. | | | Sold | 08/07/12 | J | | |
| 32. -Honeywell Intl | A | Int./Div. | | | Sold | 08/07/12 | J | C | |
| 33. -Intuit Inc | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 34. -Jacobs Engn Grp | | None | | | Sold | 08/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Monsanto Co | A | Int./Div. | | | Sold | 08/07/12 | J | | |
| 36. -National Oilwell Varco | | | | | Buy (add'l) | 07/03/12 | J | | |
| 37. | A | Int./Div. | | | Sold | 08/07/12 | J | C | |
| 38. -Oracle Corp | A | Int./Div. | | | Sold | 08/07/12 | J | C | |
| 39. -Patterson Cos | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 40. -Petroleo Bras SA | A | Int./Div. | | | Sold | 07/03/12 | J | | |
| 41. -PetSmart Inc | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 42. -Pioneer Natural Res | | | | | Buy | 03/05/12 | J | | |
| 43. | A | Int./Div. | | | Sold | 08/07/12 | J | | |
| 44. -Qualcomm Inc | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 45. -Salesforce Com | | None | | | Sold | 08/07/12 | J | D | |
| 46. -Schlumberger Ltd | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 47. -TE Connectivity | A | Int./Div. | | | Sold | 07/03/12 | J | A | |
| 48. -Thermo Fisher Scientific | | | | | Buy | 07/03/12 | J | | |
| 49. | A | Int./Div. | | | Sold | 08/07/12 | J | A | |
| 50. -Walgreen Co | | None | | | Sold | 01/24/12 | J | | |
| 51. -Whole Foods Mkt | A | Int./Div. | | | Sold | 08/07/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH-ACCT #2 (with following stocks) (H): | | | | | | | | | |
| 53. -Allergan | A | Int./Div. | | | Sold | 08/07/12 | K | D | |
| 54. -Amazon Com | | | | | Buy | 07/03/12 | K | | |
| 55. | | None | | | Sold | 08/07/12 | K | A | |
| 56. -Anadarko Pete Corp | A | Int./Div. | J | T | | | | | |
| 57. -Avago Technologies | | | | | Buy | 01/24/12 | K | | |
| 58. | A | Int./Div. | | | Sold | 08/07/12 | K | C | |
| 59. -Biogen | | None | K | T | | | | | |
| 60. -Borg Warner Inc | | None | | | Sold | 08/07/12 | J | C | |
| 61. -Caterpillar | A | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 62. -Celgene Corp | | None | | | Sold | 06/28/12 | K | C | |
| 63. -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 64. -Costco Wholesale Crp | A | Int./Div. | | | Sold | 08/07/12 | K | D | |
| 65. -Covidien Plc | A | Int./Div. | | | Sold | 08/07/12 | K | C | |
| 66. -Devon Energy Corp New | | Int./Div. | | | Sold | 08/14/12 | K | | |
| 67. -Dick's Sporting Goods | | | | | Buy | 07/03/12 | J | | |
| 68. | A | Int./Div. | | | Sold | 08/07/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Digital Rlty Tr Inc | C | Int./Div. | | | Sold | 08/07/12 | M | F | |
| 70. -Discover Bank (CD) | B | Int./Div. | L | T | Buy | 09/04/12 | L | | |
| 71. -Discovery Communicatn | | None | | | Sold | 08/07/12 | L | E | |
| 72. -Dover Corp | A | Int./Div. | | | Sold | 06/28/12 | J | | |
| 73. -EMC Corp | | | | | Buy | 07/03/12 | K | | |
| 74. | | None | | | Sold | 08/07/12 | K | B | |
| 75. -Express Scripts | | | | | Buy | 01/24/12 | K | | |
| 76. | | None | | | Sold | 08/07/12 | K | C | |
| 77. -First Solar | | None | | | Sold | 01/24/12 | J | | |
| 78. -GE Capital Bank (CD) | | | | | Buy | 09/04/12 | L | | |
| 79. | B | Int./Div. | M | T | Buy (add'l) | 10/16/12 | K | | |
| 80. -Google Inc | | None | | | Sold | 08/07/12 | K | D | |
| 81. -Hess Corp | A | Int./Div. | J | T | | | | | |
| 82. -Honeywell Intl | B | Int./Div. | | | Sold | 08/07/12 | L | E | |
| 83. -Intuit | A | Int./Div. | | | Sold | 08/07/12 | J | B | |
| 84. -Jacobs Engn Grp | | None | | | Sold | 08/07/12 | K | | |
| 85. -Monsanto Co | A | Int./Div. | | | Sold | 08/07/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 87. -Patterson Cos | A | Int./Div. | | | Sold | 06/28/12 | K | C | |
| 88. -PetSmart Inc | A | Int./Div. | | | Sold | 08/07/12 | J | D | |
| 89. -Qualcomm Inc | A | Int./Div. | | | Sold | 08/07/12 | K | C | |
| 90. -Salesforce Com | | None | | | Sold | 08/07/12 | L | E | |
| 91. -Sallie Mae Bank (CD) | B | Int./Div. | L | T | Buy | 09/04/12 | L | | |
| 92. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |
| 93. -Thermo Fisher Scientific | | | | | Buy | 07/03/12 | K | | |
| 94. | A | Int./Div. | | | Sold | 08/07/12 | K | C | |
| 95. -Tiffany & Co. | | | | | Sold (part) | 01/24/12 | K | E | |
| 96. | B | Int./Div. | | | Sold | 08/07/12 | L | E | |
| 97. -TE Connectivity | A | Int./Div. | | | Sold | 06/28/12 | K | C | |
| 98. -US Trsy Inflation Nte | B | Int./Div. | M | T | | | | | |
| 99. -Walgreen Co | | None | | | Sold | 01/24/12 | K | | |
| 100. -Whole Foods Mkt | A | Int./Div. | | | Sold | 08/07/12 | K | D | |
| 101. % Stock Owner: Arch. firm ▓▓▓▓ | D | Int./Div. | K | T | Sold (part) | 12/11/12 | J | D | |
| 102. Note from ▓▓▓▓ | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 401(k) RETIREMENT PLAN/TRUST: consisting of following: | | | | | Closed | 05/24/12 | | | SEE NOTE IN PART VIII |
| 104. -Self-Direct acct (part of 401k above, with following:) (H) | | | | | | | | | |
| 105. -GOVT SECURITIES: (H) | | | | | | | | | |
| 106. -Federal Home Ln Mtg Corp | A | Interest | | | Redeemed | 01/17/12 | K | | |
| 107. -Federal Farm Credit Bank | | | | | | | | | TRANSFER OUT |
| 108. -Federal Home Loan Bank | | | | | | | | | TRANSFER OUT |
| 109. -CORP BONDS: (H) | | | | | | | | | |
| 110. -Caterpillar Inc | | | | | | | | | TRANSFER OUT |
| 111. -General Electric Cap Crp | | | | | | | | | TRANSFER OUT |
| 112. -General Electric Co | | | | | | | | | TRANSFER OUT |
| 113. -JP Morgan Chase & Co | | | | | | | | | TRANSFER OUT |
| 114. MUTUAL/INDEX FUNDS: (H) | | | | | | | | | |
| 115. -iShares MSCI CDA Index Fund | | | | | | | | | TRANSFER OUT |
| 116. -iShares MSCI Germany Index Fund | | | | | | | | | TRANSFER OUT |
| 117. -iShares Trust S&P Midcap 400 Index Fund | | | | | | | | | TRANSFER OUT |
| 118. -iShares S&P SmallCap 600 Index Fund | | | | | | | | | TRANSFER OUT |
| 119. -iShares NASDAQ BioTech Index Fund | | | | | | | | | TRANSFER OUT |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -iShares MSCI EAFE Index Fund | | | | | | | | | TRANSFER OUT |
| 121.  -iShares S&P Global Infrastr | | | | | | | | | TRANSFER OUT |
| 122.  -SPDR DJ Global Titans | | | | | | | | | TRANSFER OUT |
| 123.  -VanGuard Information Tech ETF | | | | | | | | | TRANSFER OUT |
| 124.  -VanGuard MSCI Emerging Mrkts ETF | | | | | | | | | TRANSFER OUT |
| 125.  -STOCKS: (H) | | | | | | | | | |
| 126.  -Ace Limited | | | | | | | | | TRANSFER OUT |
| 127.  -AFLAC | None | | | | Sold | 01/24/12 | K | | |
| 128.  -Amer Express Co | | | | | Buy (add'l) | 01/24/12 | K | | TRANSFER OUT |
| 129.  -American Wtr Wks Co | | | | | | | | | TRANSFER OUT |
| 130.  -Automatic Data Proc | | | | | | | | | TRANSFER OUT |
| 131.  -Baker Hughes | | | | | | | | | TRANSFER OUT |
| 132.  -BP | | | | | | | | | TRANSFER OUT |
| 133.  -Cardinal Health | | | | | | | | | TRANSFER OUT |
| 134.  -Caterpillar Inc | | | | | | | | | TRANSFER OUT |
| 135.  -Costco Wholesale Crp | | | | | | | | | TRANSFER OUT |
| 136.  -Covidien Plc | | | | | | | | | TRANSFER OUT |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -CVS Caremark Corp | | | | | | | | | TRANSFER OUT |
| 138. -Digital Realty Tr | | | | | | | | | TRANSFER OUT |
| 139. -Dr Pepper Snapple Grp | | | | | | | | | TRANSFER OUT |
| 140. -Emerson Elec | | | | | | | | | TRANSFER OUT |
| 141. -Enbridge Inc | | | | | | | | | TRANSFER OUT |
| 142. -Honeywell Intl | | | | | | | | | TRANSFER OUT |
| 143. -IBM | | | | | | | | | TRANSFER OUT |
| 144. -Intuit | | | | | Buy (add'l) | 01/24/12 | K | | TRANSFER OUT |
| 145. -Johnson and Johnson | | | | | | | | | TRANSFER OUT |
| 146. -Kellogg Co | | | | | | | | | TRANSFER OUT |
| 147. -Marathon Oil Corp | | | | | | | | | TRANSFER OUT |
| 148. -McDonalds Corp | | | | | | | | | TRANSFER OUT |
| 149. -Microsoft Corp | | | | | | | | | TRANSFER OUT |
| 150. -Nike Inc | | | | | | | | | TRANSFER OUT |
| 151. -Occidental Pete Corp | | | | | Buy (add'l) | 01/24/12 | J | | TRANSFER OUT |
| 152. -Praxair Inc | | | | | | | | | TRANSFER OUT |
| 153. -Price T Rowe Group | | | | | | | | | TRANSFER OUT |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -SAP AG | | None | | | Sold | 01/24/12 | K | B | |
| 155. -Schlumberger Ltd | | | | | | | | | TRANSFER OUT |
| 156. -Tiffany & Co | | None | | | Sold (part) | 01/24/12 | J | A | TRANSFER OUT |
| 157. -United Parcel Svc | | | | | | | | | TRANSFER OUT |
| 158. -United Techs Corp | | | | | | | | | TRANSFER OUT |
| 159. -Viacom Inc | | | | | | | | | TRANSFER OUT |
| 160. -Vodafone | | | | | | | | | TRANSFER OUT |
| 161. -Wellpoint Inc | | | | | | | | | TRANSFER OUT |
| 162. -Wisconsin Energy Corp | | | | | | | | | TRANSFER OUT |
| 163. MERRILL LYNCH-IRA ACCT (with following holdings) (H) | | | | | | | | | SEE NOTE IN PART VIII |
| 164. -GOVT SECURITIES (H): | | | | | | | | | |
| 165. -Federal Farm Credit Bank | B | Int./Div. | | | Redeemed | 11/13/12 | K | | TRANSFER IN |
| 166. -Federal Home Loan Bank | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 167. -CDs/EQUIVALENTS (H): | | | | | | | | | |
| 168. -Ally Bank | B | Int./Div. | M | T | Buy | 07/03/12 | M | | |
| 169. -CD Discover Bank | A | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 170. -CORP BONDS (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Amgen | A | Int./Div. | J | T | Buy | 07/03/12 | J | | |
| 172. -Astrazeneca | B | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 173. -Bank of New York Co | B | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 174. -Berkshire Hathaway Fin | B | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 175. -Caterpillar Inc | C | Int./Div. | K | T | | | | | TRANSFER IN |
| 176. -Gen Elec Cap Crp | C | Int./Div. | L | T | Buy (add'l) | 07/03/12 | L | | TRANSFER IN |
| 177. -General Electric Co | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 178. -JP Morgan Chase & Co | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 179. -Morgan Stanley | B | Int./Div. | K | T | Buy | 04/24/12 | K | | |
| 180. -Oracle Corp | B | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 181. -Pioneer Natural Resource | B | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 182. -USD Toronto Dom Bank | A | Int./Div. | K | T | Buy | 07/03/12 | K | | |
| 183. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 184. -iShares MSCI CDA Index Fund | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 185. -iShares MSCI Germany Index Fund | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 186. -iShares Trust S&P Midcap 400 Index Fund | B | Int./Div. | L | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 187. -iShares S&P SmallCap 600 Index Fund | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -iShares NASDAQ BioTech Index Fund | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 189. -iShares MSCI EAFE Index Fund | B | Int./Div. | L | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 190. -iShares S&P Global Infrastr | B | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 191. -SPDR DJ Global Titans | A | Int./Div. | J | T | | | | | TRANSFER IN |
| 192. -VanGuard Information Tech ETF | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 193. -VanGuard MSCI Emerging Mrkts ETF | B | Int./Div. | L | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 194. -STOCKS (H): | | | | | | | | | |
| 195. -Ace Limited | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 196. -Air Products | A | Int./Div. | J | T | Buy | 03/26/12 | J | | |
| 197. -Allergan Inc | A | Int./Div. | | | Sold | 03/21/12 | J | B | |
| 198. -Amer Express Co | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 199. -American Wtr Wks Co | B | Int./Div. | L | T | | | | | TRANSFER IN |
| 200. -Anadarko Pete Corp | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 201. -AT&T | B | Int./Div. | K | T | Buy | 04/25/12 | K | | |
| 202. -Automatic Data Proc | A | Int./Div. | | | Sold | 03/21/12 | K | B | TRANSFER IN |
| 203. -Avago Technologies | | | | | Buy | 01/24/12 | J | | |
| 204. | A | Int./Div. | | | Sold | 03/21/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 22

Name of Person Reporting

HULL, FRANK M.

Date of Report

05/01/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Baker Hughes | A | Int./Div. | J | T | | | | | TRANSFER IN |
| 206. -BP | A | Int./Div. | J | T | | | | | TRANSFER IN |
| 207. -Biogen | | None | | | Sold | 03/21/12 | J | A | |
| 208. -Borg Warner Inc | | None | | | Sold | 03/21/12 | J | B | |
| 209. -Cardinal Health | | | | | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 210. | A | Int./Div. | | | Sold | 04/20/12 | K | C | |
| 211. -Caterpillar Inc | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN (ADD'L) |
| 212. -Celgene Corp | | None | | | Sold | 03/21/12 | J | B | |
| 213. -Costco Wholesale | A | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 214. -Covidien Plc | A | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 215. -CVS Caremark Corp | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 216. -Diageo Plc Spsd | A | Int./Div. | K | T | Buy | 03/26/12 | K | | |
| 217. -Digital Realty Tr | A | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 218. -Discovery Communicatn | | None | | | Sold | 03/21/12 | J | D | |
| 219. -Dover Corp | A | Int./Div. | | | Sold | 03/21/12 | J | | |
| 220. -Dr Pepper Snapple Grp | A | Int./Div. | | | Sold | 03/21/12 | K | B | TRANSFER IN |
| 221. -Emerson Elec | A | Int./Div. | K | T | | | | | TRANSFER IN |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Enbridge Inc | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 223. -Express Scripts | | | | | Buy | 01/24/12 | J | | |
| 224. | | None | | | Sold | 03/21/12 | J | A | |
| 225. -First Solar Inc | | None | | | Sold | 01/24/12 | J | | |
| 226. -Google Inc | | None | | | Sold | 03/21/12 | J | A | |
| 227. -Halliburton Co | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 228. -Hess Corp | A | Int./Div. | J | T | | | | | |
| 229. -Honeywell Intl | B | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 230. -IBM | A | Int./Div. | | | Sold | 04/20/12 | L | E | TRANSFER IN |
| 231. -Intuit | A | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 232. -Jacobs Engn Grp | | None | | | Sold | 03/21/12 | J | A | |
| 233. -Johnson and Johnson | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 234. -Kellogg Co | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 235. -Marathon Oil Corp | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 236. -McDonalds Corp | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 237. -Microsoft Corp | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 238. -Monsanto Co | A | Int./Div. | | | Sold | 03/21/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -National-Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 240. -Nike Inc | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 241. -Occidental Pete Corp | A | Int./Div. | J | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 242. -Oracle Corp | | | | | Sold | 03/21/12 | J | B | |
| 243. | A | Int./Div. | L | T | Buy | 04/25/12 | L | | |
| 244. -Patterson Cos | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 245. -Petsmart | A | Int./Div. | | | Sold | 03/21/12 | J | B | |
| 246. -Praxair Inc | A | Int./Div. | | | Sold | 03/21/12 | K | D | TRANSFER IN |
| 247. -Price T Rowe Group | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 248. -Qualcomm Inc | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 249. -Salesforce com | | None | | | Sold | 03/21/12 | J | D | |
| 250. -SAP AG | | None | | | Sold | 01/24/12 | K | B | |
| 251. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | TRANSFER IN (ADD'L) |
| 252. -TE Connectivity | A | Int./Div. | | | Sold | 03/21/12 | J | B | |
| 253. -Tiffany & Co | A | Int./Div. | J | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 254. -United Parcel Svc | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | K | | TRANSFER IN |
| 255. -United Techs Corp | B | Int./Div. | L | T | | | | | TRANSFER IN |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Viacom Inc | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 257. -VISA | A | Int./Div. | K | T | Buy | 03/26/12 | K | | |
| 258. -Vodafone | A | Int./Div. | K | T | Buy (add'l) | 03/26/12 | J | | TRANSFER IN |
| 259. -Walgreen Co | | None | | | Sold | 01/24/12 | J | | |
| 260. -Wellpoint Inc | A | Int./Div. | K | T | | | | | TRANSFER IN |
| 261. -Whole Foods Mkt | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 262. -Wisconsin Energy Corp | B | Int./Div. | K | T | | | | | TRANSFER IN |
| 263. MERRILL LYNCH BOA ACCT (H) | | | | | | | | | |
| 264. -Bank of America Corp | B | Int./Div. | | | Sold | 04/20/12 | K | A | |
| 265. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 266. Real Estate: Ltd Partner, ▒▒▒▒ Atlanta, GA | B | Int./Div. | J | W | | | | | |
| 267. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 268. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 269. Real Estate: Atlanta, GA ( (#1) (Parcel 4: WW) | | None | L | W | | | | | |
| 270. Real Estate: Atlanta, GA (#1) (Parcel 3: WW) | | None | L | W | | | | | |
| 271. Real Estate: Atlanta GA (#1) (Parcel 2: WW) | | None | L | W | | | | | |
| 272. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Real Estate: Atlanta, GA (#2) (Parcel 4: WW) | | None | L | W | | | | | |
| 274. Real Estate: Atlanta, GA (#2) (Parcel 3: WW) | | None | L | W | | | | | |
| 275. Real Estate: Atlanta, GA (#2) (Parcel 2: WW) | | None | L | W | | | | | |
| 276. Real Estate: Atlanta, GA (#1) (1/3 KP) | | None | M | W | | | | | |
| 277. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |
| 278. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FROM PART VII. Investments and Trusts, Lines 103 & 163:

All holdings in the 401(k) account listed on Line 103 were transferred on 3/16/2012 to the IRA account listed on Line 163. Any transactions in the 401(k) account prior to 3/16/2012 are listed under this account. Any holdings not disposed of prior to the 3/16/2012 transfer date are identified as "TRANSFER OUT" in Column D(5). The 401(k) account was closed entirely on 5/24/12.

Those same holdings are re-listed under the IRA account listed on Line 163 and identified as "TRANSFER IN" in Column D(5). Any transactions invovling these holdings after 3/16/2012 are listed under this IRA account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544